

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | INDICTMENT |
| v. ) | |
| Plaintiff, ) | Case No. **3:10CR431** |
| ) | JUDGE ZOUHARY |
| ) | |
| ANTHONY C. WILLOUGHBY, ) | Title 18, Sections 1591(a)(1) and (b)(1), |
| aka "P.T." and "Party Time" ) | and 2, United States Code |
| ) | |
| Defendant. ) | |

<u>Count 1</u>

The Grand Jury charges:

From on or about February 15, 2009, the exact date unknown to the Grand Jury, and continuing through at least March 19, 2009, in the Northern District of Ohio, Western Division, the defendant, ANTHONY C. WILLOUGHBY, also known as "P.T." and "Party Time," did knowingly recruit, entice, harbor, transport, provide and obtain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "S.W.", knowing and in reckless disregard of the fact that means of force, fraud and coercion would be used to cause "S.W." to

2

engage in a commercial sex act and that "S.W." had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, Sections 1591(a)(1) and (b)(1), and 2, United States Code.

A TRUE BILL.

Original document – Signatures on file with the Clerk of courts, pursuant to the E-Government Act of 2002.