IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,  Case No. 3:10CR431

    Plaintiff(s)

v.  ORDER

Anthony C. Willoughby ,

    Defendant(s)

## CERTIFICATION OF TRIAL EXHIBITS FOR JURY DELIBERATIONS

I have reviewed the trial exhibits to be presented to the Jury during the deliberations and find that they are correct.

Date: 12-15-2011

_____
Attorney for the Plaintiff

Date: 12-15-01

_____
Attorney for Defendant

U.S. District Court, Northern District of Ohio
Exhibits Log for: 10cr431
USA v Anthony Willoughby, 12/13/2011

| Exhibit | Description |
| --- | --- |
| Trial-1 | Photo array of Willoughby shown to S.W. on 03222009 |
| Trial-2 | S.W.s drawing of inside of Willoughbys residence |
| Trial-3 | Photo of Defs vehicle 07072010 |
| Trial-4 | Photo of S.W. shown to Miles on 12162009 #1 |
| Trial-6 | Photo Array of Miles shown to S.W. on 04082009 |
| Trial-7 | S.W. birth certificate |
| Trial-8 | Physical Exhibit- Black Bra with Pink Lace |
| Trial-9 | Physical Exhibit-White Panties with Polka Dots |
| Trial-10 | Physical Exhibit-Black Lace Panties |
| Trial-11 | Physical Exhibit-Black lace top |
| Trial-12 | Physical Exhibit-Jeans with Panties |
| Trial-13 | Physical Exhibit-Book- Prostitution Related-fiction- "Trick Baby" |
| Trial-14 | Physical Exhibit= Book- Prostitution Related-fiction "Airtight Willie and Me" |
| Trial-15 | Physical Exhibit-Book- Prostitution Related-fiction "Pimp" |
| Trial-16 | Physical Exhibit-Book- Prostitution Related-fiction-" The Naked Soul of Iceberg Slim" |
| Trial-17 | Physical Exhibit- Ohio Identification card for Renee M. Todd |
| Trial-18 | Physical Exhibit- Ohio Identification card for Brandy L. McGranahan |
| Trial-19 | Physical Exhibit- Ohio Driver license for Maggie M. McCann |
| Trial-20 | Physical Exhibit- Ohio Identification Card for Tia L. Cooper |
| Trial-21 | Physical Exhibit- Ohio Driver license for Ronald P. Gibson |
| Trial-22 | Photo of brown box |
| Trial-23 | Physical Exhibit- Piece of Paper with handwritten locations of truck stops |
| Trial-24 | Physical Exhibit- Piece of Paper with handwritten locations of truck stops |
| Trial-25 | Physical Exhibit- Piece of Paper with handwritten locations of truck stops |
| Trial-26 | Physical Exhibit - Piece of Paper with handwritten directions CB handle of "Bart" |
| Trial-27 | Physical Exhibit- Map of Illinois, copy written 2004 |
| Trial-28 | Physical Exhibit- Envelope with handwritten notes to include "Sexy Tops, High Heels, Blue Jeans" |
| Trial-30 | Physical Exhibit-Business Card for Donnie's Dream Productions |
| Trial-33 | Physical Exhibit- Blue Sleep Pants provided by Wells |
| Trial-35 | Physical Exhibit- Logbook with stickers |
| Trial-37 | Physical Exhibit-Book-prostitution related- fiction-"Pimp" |
| Trial-38 | Piece of paper with handwritten names, cities, states, etc |
| Trial-39 | Piece of paper with handwritten directions $80 |
| Trial-40 | Photo of Anthony Willoughby from Search Warrant |
| Trial-41 | Photo of Anthony Willoughby from search warrant |
| Trial-42 | Photo overall of garage |
| Trial-43 | Photo of trash bagged in garage |
| Trial-44 | Photo of trash recovered from bags |
| Trial-45 | Photo of paperwork recovered from trash |
| Trial-46 | Piece of paper with handwritten notes, telephone numbers, etc |

SDH
12-16-11

Jm
12-16-11

| | |
|---|---|
| Trial-48 | 03132009 note recovered from trash |
| Trial-49 | Chip vocabulary associated with prostitution activites, recovered from trash |
| Trial-50 | Notes, recovered from trash |
| Trial-51 | Notes, recovered from trash |
| Trial-52 | Note, Jessica recovered from trash |
| Trial-53 | Letter, recovered from trash |
| Trial-54 | letter, recovered from trash, pieced together |
| Trial-55 | letter, recovered from trash, pieced together |
| Trial-56 | piece of paper with handwritten script for telephone calls, etc |
| Trial-57 | Money Bags, recovered from trash |
| Trial-58 | letter, from trash pieced together |
| Trial-59 | library card, from trash |
| Trial-60 | letter, Lucas County Dept of Job and Family Services |
| Trial-62 | photo array shown to A.H. |
| Trial-63 | photo of Durango House, A.H. ID |
| Trial-65 | Days Inn rules signed by Willoughby on 02142009 |
| Trial-66 | Willoughbys identification provided to Days Inn on 02142009 |
| Trial-67 | Days Inn room rented by Willoughby 02142009 |
| Trial-68 | Certificate of Authenticity of Business Records for Days Inn |
| Trial-71 | Drawing made by Renee Todd of location of residence associated with Willoughby |
| Trial-72 | Physical Exhibit - Imagery - maps |
| Trial-73 | Photo array of Willoughby shown to Todd |
| Trial-74 | Photo of Willoughby shown to Todd |
| Trial-76 | Physical Exhibit - Handwritten telephone number for "Pistol" from blue notebook with handwritten notes |
| Trial-77 | Physical Exhibit- Handwritten directions to truck stop from Notebook with handwritten notes |
| Trial-78 | Physical Exhibit - Trojan- Very Sensitive Condom |
| Trial-79 | Physical Exhibit - Feminine Products to include hair dye, body glitter, hygiene items |
| Trial-80 | Handwritten rap Lyrics had a couple prostitutes in my lifetime from black notebook, etc |
| Trial-81 | lyrics about pimping, prostitution, notes on escort, etc |
| Trial-82 | Legal ruled pad with handwritten notes to include notes on escort service, etc |
| Trial-83 | Piece of paper with handwritten notes, etc |
| Trial-86 | Photo of Family Dollar Store |
| Trial-87 | Photo of soft line section inside of Family Dollar Store |
| Trial-88 | Photo, close up photo of soft line section inside of Family Dollar Store |
| Trial-89 | Photo, close up of intimate apparel section inside of Family Dollar Store |
| Trial-90 | Photo of Wells taken on 03202009 |
| Trial-91 | letter written by ShaNae from Willoughbys computer |
| Trial-92 | Physical Exhibit- Hp Pavillion 7850 computer seized from Willoughby's residence |
| Trial-93 | Physical Exhibit -TPD report and CD containing of results of examination of 1B4 |
| Trial-94 | Physical Exhibit- Blue Kyocera K132 Cell phone |
| Trial-95 | Physical Exhibit -TPD Report and CD containing results of examination of Blue Kyocera K132 cell phone |
| Trial-96 | Sketch from search warrant at Willoughbys residence |
| Trial-97 | Photo of Durango residence |
| Trial-98 | Photo of rims in basement |

| Trial-99 | Photo of Willoughbys Cadillac |
|---|---|
| Trial-100 | Photos of condom box |
| Trial-101 | Photo of condom box |
| Trial-102 | Photo of recording equipment Pimp |
| Trial-103 | Photo of items from bag, etc |
| Trial-104 | Physical Exhibit - Grey Bag with numerous items |
| Trial-104-A | Physical Exhibit -Summons for Amber Higgenbotham |
| Trial-105 | Physical Exhibit - Multicolored make-up kit removed from Item 34 |
| Trial-105-A | Physical Exhibit -Items Identified as Higgenbotham property from multi-colored makup bag |
| Trial-106 | Physical Exhibit - Bag with Baby oil, condom, hand sanitizer |
| Trial-107 | Physical Exhibit - Make-up bag |
| Trial-107-A | Physical Exhibit- Items identified as Higgenbotham property from make-up bag |
| Trial-108 | Physical Exhibit - DNA sample from Willoughby |
| Trial-109 | Physical Exhibit - DNA sample from Wells |
| Trial-110 | Physical Exhibit -Tan Floor Pillow |
| Trial-111 | Physical Exhibit - anal beads and lubricant |
| Trial-112 | Physical Exhibit - Panties black with pink polka dots |
| Trial-113 | Physical Exhibit -TPD FTK Report |
| Trial-114 | TPD Supplemental Report on Samsung FTK |
| Trial-115 | Physical Exhibit -Samsung Digital Camera |
| Trial-116 | Samsung Pic 7 Wells |
| Trial-118 | Samsung Pic 19 Rita |
| Trial-120 | Samsung Pic 37 Wells |
| Trial-121 | Samsung Pic 293 Wells |
| Trial-125 | Samsung Pic 307 Wells |
| Trial-126 | Samsung Pic 309 Wells |
| Trial-127 | Physical Exhibit- Graphic Paperwork from trash and call activity |
| Trial-129 | Samsung Pic 317 Wells |
| Trial-130 | Physical Exhibit -Derivative from tan floor pillow |
| Trial-131 | Evidence Submission Sheet |
| Trial-132 | Evidence Submission Sheet |
| Trial-133 | Evidence Submission Sheet |
| Trial-134 | Laboratory Report |
| Trial-135 | Laboratory Report |
| Trial-136 | Laboratory Report |
| Trial-137 | Physical Exhibit - Condom box |
| Trial-139 | Physical Exhibit -One Blue Cell phone |
| Trial-141 | Spreadsheet re: call activity with Albert S. Tusin |
| Trial-142 | Spreadsheet re: call activity with Edward Miles |
| Trial-143 | Spreadsheet re: call activity with Larry and Mary Wise |
| Trial-144 | Spreadsheet re: call activity with "Pistol" |
| Trial-145 | Spreadsheet re: call activity with Erie Market and Brothers Pizza |
| Trial-146 | Google Search of telephone number 419-255-5707 |
| Trial-147 | Erie Market adn Brothers Pizza Photograph |
| Trial-148 | Subscriber information for 419-474-2922 from ATandT |

SAH
12-16-11

JWM
12-16-11

| Trial-149 | Certificate of Authenticity fo Business Records for ATandT re: 419-474-2922 |
| Trial-150 | Subscriber Information for 419-471-9184 from ATandT |
| Trial-151 | Certificate of Authenticity of Business Records for ATandT re: 419-471-9185 |
| Trial-152 | Physical Exhibit- Records from Revol Wireless 419-917-9739 |

SDH
12-16-11
JM
12-16-11